# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Case No. **BKY 93-30460**

**CSI TRUCKING, INC**

Debtor(s)                                                         Chapter 7 Case

## ORDER FOR CHECK TO BE ISSUED FROM REGISTRY FUND ACCOUNT

On **DECEMBER 27, 2005**, the sum of **$4,133.33** was deposited into the Registry Fund Account of the Clerk of the United States Bankruptcy Court as an uncashed dividend check payable to **AIR PRODUCTS & CHEMICALS INC** at **C/O JUDITH MAUSHART, 12200 E ILIFF AVE, AURORA CO 80014**.

A request for said payment has now been made by **AIR PRODUCTS & CHEMICALS INC**.

IT IS THEREFORE ORDERED:

That the Clerk of the United States Bankruptcy Court authorize the issuance of an appropriate remittance from the Registry Fund Account by the Treasury, in the sum of **$4,133.33** payable to **AIR PRODUCTS & CHEMICALS INC** at **C/O FEDERAL RECOVERY INC, PO BOX 510, NOVELTY OH 44072**.

Dated: ___ 3/8/06 _____

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/08/06
Lori A. Vosejpka, By DLR

02/15/93;0105.