1/13/2012

US Bankruptcy Court
200 US Courthouse
St Paul MN 55101

RE: Case#93-30460
Trustee Sheridan Buckley


Please release funds for James A Forschler in the amount of $1828.43

Old address:
9100 Teton #95
Denver CO 80221

Current Address
P O Box 142
55 Main Street #6
Hokah, MN   55941


Thank you

Sincerely

*[signature]*

James A Forschler


Enclosed stale dated check no 4641-00348932 dated 08/10/10,

Per Martha Franco this release of funds has been canceled and a new order for release needs to be submitted.

