UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
16 MAY 23 AM 11:58
U.S. BANKRUPTCY COURT
ST. PAUL, MN

In re

CSI Trucking, Inc.

Debtor(s).

Case No. 93-30460

**PETITION FOR RELEASE OF FUNDS FROM COURT REGISTRY ACCOUNT**

In support of this Petition, I, Brian J Dilks, Member of Dilks & Knopik, LLC, declare under penalty of the following:

1. On 12/27/2005, the trustee in the above-referenced case deposited with the Clerk of Bankruptcy Court for the District of Minnesota the sum of $42,185.45, representing the amount of an uncashed dividend check payable to Dan Armstrong and sent to the following address:

   Street Address: 6027 Yarrow Lane #6

   City, State, Zip Code: Arvada, CO 80004

2. I am a representative of the original claimant of the funds referred to in paragraph 1 and as proof thereof, have attached to this petition:

   a. Proof of identity of the original claimants hiers in the form of a photo copy of the original claimant's driver's license or other government-issued identification bearing the claimant's signature;

   b. A notarized Power of Attorney authorizing me to file this petition on behalf of the original claimant; and

   c. Proof of my identity in the form of a photo copy of my driver's license or other government-issued identification bearing my signature.

3. My current address is:

   C/o Dilks & Knopik, LLC

   35308 SE Center St

   Snoqualmie, WA 98065-9216

4. Dividends were not collected by the creditor. Daniel L Armstrong aka Dan Armstrong passed away on April 14th 2014 as evidenced by exhibit A. Daniel L Armstrong did not have a last Will & Testament at the time of his death. His sole heir was his wife Linda Armstrong as evidenced by exhibit B. Linda Armstrong passed away on May 8th 2014 as evidenced by exhibit C. Linda Armstrong did not have a last Will & Testament at the time of her death. Her sole heir was her son, Marion C. Johnson, as evidenced by exhibit D.

5. I request entry of an Order authorizing the release to me of $42,185.45 from the court's registry fund account and I understand that a check will be issued jointly to the original claimant and me.

6. On Wednesday, May 18, 2016, I mailed a copy of this Petition and attachments by first class mail, postage prepaid to:

   United States Attorney
   600 U.S. Courthouse
   300 S. Fourth Street
   Minneapolis, MN 55415

Date executed: May 18, 2016

_____
Brian Dilks, Managing Member
Dilks & Knopik, LLC
(425) 836-5728

STATE OF WASHINGTON
COUNTY OF KING

This instrument was acknowledged before me on the
<u>18th</u> day of May, 2016

Jeffrey A. Hudspeth
My commission expires: October 19, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RE: CSI Trucking, Inc )  Case: 93-30460
) 
) **AUTHORITY TO ACT**
) **Limited Power of Attorney**
Debtor(s) ) **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Marion C. Johnson** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$42,185.45** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____    _4/26_____, 20_16_
Marion C. Johnson                    Date

Tax ID: XXX-XX-6768

### ACKNOWLEDGMENT

STATE OF _Colorado_ )            COUNTY OF _Adams_ )

On this _26_ day of _April_ _2016_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Marion C. Johnson known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Maria Robinson_

Residing at _____

My Commission expires _1-22-2020_

MARIA ROBINSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164002734
MY COMMISSION EXPIRES JAN. 22, 2020

**UNITED STATES BANKRUPTCY COURT**
**District Of Minnesota**

| | |
|---|---|
| RE: CSI Trucking, Inc. | Case: 93-30460 |
| | AFFIDAVIT OF HEIRSHIP |
| Debtor(s) | |

I, Marion C. Johnson, under the penalty of perjury under the laws of the United States of America declare and being duly sworn on oath states:

1) I am the stepson and sole surviving heir to Dan Armstrong, and I am of legal age and a resident of Northglenn, CO.

2) Dan Armstrong passed away on April 14, 2007 as a resident of Northglenn, CO at the age of 53.

3) Dan Armstrong did not have a Last Will & Testament at the time of his death.

4) At the time of his death Dan Armstrong was married to my Mother Linda Armstrong.

5) Zero children were born to and none adopted by the decedent.

6) At the time of Dan Armstrong's death, Linda Armstrong was his surviving spouse and sole surviving heir.

7) I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

Dated: 4/26/16    By: _____
                          Marion C. Johnson

STATE OF Colorado, COUNTY OF Adams

On 4-26-16 before me, personally appeared Marion C. Johnson personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL)

My commission expires on 1-22-2020

MARIA ROBINSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164002734
MY COMMISSION EXPIRES JAN. 22, 2020

Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**District Of Minnesota**

| | | |
|---|---|---|
| RE: CSI Trucking, Inc | ) | Case: 93-30460 |
| | ) | |
| | ) | **AFFIDAVIT OF HEIRSHIP** |
| | ) | |
| Debtor(s) | ) | |

I, Marion C. Johnson, under the penalty of perjury under the laws of the United States of America declare and being duly sworn on oath states:

1) I am the son and sole surviving heir to Linda Armstrong, and I am of legal age and a resident of Northglenn CO.

2) Linda Armstrong passed away on May 8, 2014 as a resident of Denver, CO.

3) Linda Armstrong did not have a Last Will & Testament at the time of her death.

4) Linda Armstrong was not married at the time of her death.

5) One child was born to and none adopted by the decedent, namely:

   i. Marion C. Johnson, who is living, is of legal age, under no disability.

6) The sole heir to the Estate of Linda Armstrong is myself, Marion C. Johnson.

7) As sole surviving heir to the Estate of Linda Armstrong, I am requesting the release of the funds.

8) I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

Dated: 4/26/16      By: _____
                          Marion C. Johnson

STATE OF Colorado, COUNTY OF Adams

On 4-26-16 before me, personally appeared Marion C. Johnson personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL)
MARIA ROBINSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164002734
MY COMMISSION EXPIRES JAN. 22, 2020

My commission expires on 1-22-2020

**Exhibit D**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

RE: ) Case: 93-30460
)
CSI Trucking, Inc. ) **AFFIDAVIT OF ADDRESS**
)
Debtor(s) )

I, Marion C. Johnson, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. My stepfather, Dan Armstrong, was a creditor in the above referenced case.

2. Dan Armstrong passed away on April 14, 2007.

3. Dan Armstrong worked in the trucking industry and to the best of my knowledge he was an employee of the above referenced debtor.

4. The original disbursement check was never represented for payment within 90 days after issuance because: The original check was never received by the creditor due to an unknown reason.

5. At the time of the above bankruptcy, Dan Armstrong had a mailing address of 6027 Yarrow Lane #6, Arvada, CO 80004.

6. The following is my current address and phone number:
   Marion C. Johnson
   1185 W. 101st Ave
   Northglenn, CO 80260
   (720) 618-8302

7. It has been over 10 years since Dan Armstrong passed away and or used the 6027 Yarrow Lane #6, Arvada, CO 80004 address. After a diligent search I have been unable to find anything showing that address.

For this reason, it is overly burdensome and may be impossible to provide documentation verifying the specific address of record. I pray that the court will accept this affidavit as proof of address.

Dated 4/26/16       By: /s/ Marion C. Johnson

STATE OF Colorado, COUNTY OF Adams

On 4-26-16 before me, personally appeared Marion C. Johnson personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Maria Robinson
Notary Public

(SEAL)       My commission expires on 1-22-2020

MARIA ROBINSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164002734
MY COMMISSION EXPIRES JAN. 22, 2020