## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

CSI TRUCKING INC

Case No: 93–30460 – KAC

Debtor(s)

Chapter 7 Case

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2C, 2nd floor, 316 North Robert Street, St. Paul, MN 55101

on 6/30/16 at 11:00 AM

to consider and act upon the following:

*593* – Application to release funds from court registry filed by Creditor Marion C Johnson . An affidavit or verification. (Attachments: # 1 Exhibit(s)) (Sandy M MNBS)

Dated: 6/13/16

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: sandy
Deputy Clerk

**mnbntchrgBK** 05/22/2013 – FM