UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                          BKY 93-30460

    CSI Trucking, Inc.,                                     Chapter 7 Case

                      Debtor.

_____

NOTICE OF HEARING ON
AMENDED PETITION FOR RELEASE OF FUNDS
FROM COURT REGISTRY ACCOUNT

_____

      **PLEASE TAKE NOTICE** that a hearing will be held by the Honorable Katherine Constantine of the United States Bankruptcy Court on **August 24, 2016** at **9:30 a.m.** in Courtroom No. 2C, 2nd Floor, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

      The subject matter of the hearing is a petition seeking an order authorizing the release of funds from the registry fund account by the U.S. Treasury. The amount of the funds at issue is the sum of $42,185.45. The trustee for the bankruptcy estate deposited this sum on account of his attempted disbursement to Dan Armstrong, a creditor of the bankruptcy estate. The trustee's check representing the disbursement was never presented for payment by Mr. Armstrong. The petition for release of the funds is being made by Dilks & Knopik, as representative of Marion C. Johnson. Mr. Johnson is the sole heir of Linda Armstrong who was the sole heir of Dan Armstrong. Mr. Johnson, as sole heir and pursuant to pleadings and documents filed and to be filed, claims entitlement to the funds representing the disbursement to Dan Armstrong.

      This matter was originally set for hearing on the Court's own initiative. Said hearing was held on June 30, 2016, but was adjourned to a continued hearing date that was subsequently obtained and notice of which is herein provided.

      A complete copy of the papers filed by the petitioner in connection with the petition can be obtained by requesting same from the attorney below or they may be obtained from the Court's website. Additional pleadings will likely be filed before the hearing.

                                          STEIN & MOORE, P.A.

Dated: July 29, 2016                                    /e/ Mary L. Cox
                                                             Mary L. Cox (#176552)
                                                             332 Minnesota St., Suite W-1650
                                                             St. Paul, MN 55101
                                                             Telephone: 651-224-9683
                                                             Attorneys for Petitioner

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

    CSI Trucking, Inc.

        Debtor.

BKY 93-30460

Chapter 7 Case

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

The undersigned states, under penalty of perjury, that s/he is an employee of Stein & Moore, P.A., and in the course of said employment, on the date indicated below, either contemporaneously with the electronic filing of the pleadings noted below, or prior to the electronic filing of same, she served the following:

1. Notice of Hearing on Amended Petition for Release of Funds from Court Registry Account; and
2. Unsworn Declaration for Proof of Service

on the entities named below and/or on the attached service list, by the following methods: (1) as to registered users of the ECF (Electronic Case Filing) System, by email notification under CM/ECF on the day the pleadings are e-filed with the Court, as identified by use of the phrase "Via ECF electronic notice" and (2) as to all other parties, by enclosing true and correct copies of same in an envelope, properly addressed and postage prepaid, and depositing same in the United States mail, unless otherwise noted (such as delivery by facsimile transmission or messenger):

Art Benson
Art Benson Law Office
29092 Pardun Rd
Danbury, WI  65830

Sheridan Buckley, Trustee
c/o Mary Jo Jensen-Carter
Buckley & Jensen
1257 Gun Club Road
White Bear Lake, MN 55110

Marion C. Johnson
1185 W 101st Ave
Northglen, CO  80260

CSI Trucking
1601 Industrial St., Suite A
Hudson, WI 54016

U.S. Trustee
*Via ECF notification*

U.S. Attorney's Office
c/o Roylene Champeaux
600 U.S. Courthouse
300 South Fourth St.
Mpls., MN  55415

Dilks & Knopik
35308 SE Center St.
Snoqualmie, WA  98065-9216

**BOB JOHNSON OIL COMPANY**
C/O BOB JOHNSON
33 COPELAND AVE
PO BOX 787
LA CROSSE, WI 54601

**MYLES LORENTZ INC**
C/O JOE LORENTZ
RT 1 BOX 253
ST PETER, MN 56082

**NATIONAL MINERALS CORP**
C/O CYNTHIA JEWELL
PO BOX 21326
EAGAN, MN 55121

**AMROC INVESTMENTS INC**
RUTH STEINBERG
335 MADISON AVE 26TH FL
NEW YORK, NY 10017

**AT&T COMMUNICATIONS**
1355 W UNIVERSITY DR
MEZA AZ 85201

**JAMES W BAIN**
BREGA & WINTERS
1 UNITED BANK CENTER
1700 LINCOLN ST STE 2222
DENVER, CO 80203

**WILLIAM K BERG**
513 8TH AVE N
ONALASKA, WI 55465

**GREG BRANDT**
9650 W 105TH WAY
WESTMINSTER, CO 80021

**CARGILL INC**
C/O THERESA A STANKEY
PO BOX 5624
MINNEAPOLIS, MN 55440-5624

**STEVEN CLYMER**
2033 11TH ST STE 6
BOULDER, CO 80302

**CORPORATE EXPRESS**
ATTN PAYROLL
620 OLSON MEM HWY
MINNEAPOLIS, MN 55411

**James A Forschler**
PO Box 142
55 Main St #6
Hokah, MN 55941

**INTERNAL REVENUE SERVICE**
40 W BASELINE RD STE 21
TEMPE, AZ 85283

**Winston S Tally**
908 County Rd NN
Viroqua, WI 54665

Dated:  July 29, 2016                                              /e/ Liz Soderstrom